IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-02351-REB-KLM

NEEL DHINGRA, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CROCS, INC.,
RON SNYDER, and
PETER CASE,

    Defendants.

---

### ORDER GRANTING AGREED MOTION TO
### (1) CONSOLIDATE; (2) EXTEND TIME TO RESPOND TO COMPLAINTS; AND
### (3) SET BRIEFING SCHEDULES

**Blackburn, J.**

    The matter before me is the **Agreed Motion To: (1) Consolidate; (2) Extend Time To Respond To Complaints; and (3) Set Briefing Schedule** [#8], filed December 18, 2007. I grant the motion.

    The parties move jointly for consolidation of civil actions 07-cv-02412-MSK, 07-cv-02454-EWN, 07-cv-02465-WYD, and 07-cv-02469-DME with my case, civil action 07-cv-02351-REB-KLM. Their joint motion implicates Fed.R.Civ.P. 42(a) and D.C.COLO.LCivR 42.1. The cases present common issues of fact and law. Thus, the joint motion to consolidate should be granted in the interests of justice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Agreed Motion To: (1) Consolidate; (2) Extend Time To Respond**

**To Complaints; and (3) Set Briefing Schedule** [#8], filed December 18, 2007, is **GRANTED**;

2. That civil actions 07-cv-02412-MSK, 07-cv-02454-EWN, 07-cv-02465-WYD, and 07-cv-02469-DME are **CONSOLIDATED** with civil action 07-cv-02351-REB-KLM;

3. That civil actions 07-cv-02412-MSK, 07-cv-02454-EWN, 07-cv-02465-WYD, and 07-cv-02469-DME are **REASSIGNED** to this court;

4. That the caption of the consolidated civil action **SHALL BE** Civil Action No. 07-cv-02351-REB-KLM, "In Re Crocs, Inc., Securities Litigation";

5. That a consolidated complaint **SHALL BE FILED** within 45 days of the entry of the order appointing lead plaintiff(s) and lead counsel;

6. That all filing deadlines in former civil actions 07-cv-02412-MSK, 07-cv-02454-EWN, 07-cv-02465-WYD, and 07-cv-02469-DME and in consolidated civil action 07-cv-02351-REB-KLM are **VACATED** pending further order; and

7. That by a separate, concurrent order of reference, the consolidated civil action **SHALL BE REFERRED** to the Honorable Kristen L. Mix, United States Magistrate Judge, for the entry of propitious scheduling and pretrial orders.

Dated December 19, 2007, at Denver, Colorado.

            **BY THE COURT:**

            s/ Robert E. Blackburn
            **Robert E. Blackburn**
            **United States District Judge**