**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-02351-REB-KLM (Consolidated with 07-cv-02412; 07-cv-02454; 07-cv-02465; and 07-cv-2469)

NEEL DHINGRA, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CROS, INC.,
RON SNYDER, and
PETER CASE,

    Defendants.

---

## AMENDED
## ORDER OF RECUSAL

---

**Blackburn, J.**

On August 21, 2008, the court entered separate orders of recusal in Case Nos. 07-cv-02412; 07-cv-02454; 07-cv-02654[1]; and 07-cv-2469. Each of these cases has been consolidated with Case No. 07-cv-02351. The entry of separate orders of recusal in the consolidated cases was done in error. An order of recusal concerning all of the consolidated cases should have been entered in the lead case, 07-cv-02351-REB-KLM. Therefore, the court now will enter an amended order of recusal in the lead case, 07-cv-02351-REB-KLM.

This matter comes before me *sua sponte*. To eschew the appearance of impropriety, I conclude that I must recuse myself from this case.

As a general rule, recusal is required when "a reasonable person armed with the

---

[1] The Order was entered in the wrong civil action due to a transposition of the case numbers. It has been corrected by the clerk's office.

relevant facts would harbor doubts about the judge's impartiality." *Maez v. Mountain States Telephone & Telegraph, Inc.,* 54 F.3d 1488, 1508 (10th Cir. 1995). Pursuant to 28 U.S.C. § 455, a judge should recuse himself from a case when his participation in the case creates an appearance of impropriety. *See United States v. Pearson*, 203 F.3d 1243, 1264 (10th Cir. 2000). However, a "judge should not recuse himself on unsupported, irrational, or highly tenuous speculation." *Hinman v. Rogers,* 831 F.2d 937, 939 (10th Cir. 1987).

Crocs, Inc., defendant in this lawsuit, is represented by the law firm of Faegre & Benson, LLP-Denver. I have a personal business relationship with an attorney of that firm. Given these circumstances, I am constrained to conclude that I should recuse myself from further participation this case, in an effort to avoid any appearance of impropriety.

**THEREFORE, IT IS ORDERED** as follows:

1. That under 28 U.S.C. § 455(a), I **RECUSE** myself from this case; and

2. That pursuant to D.C.COLO.LCivR 40.1, the Clerk of the Court shall randomly draw another district judge to be assigned to this case.

Dated August 22, 2008 at Denver, Colorado.

                        **BY THE COURT:**

                        **s/ Robert E. Blackburn**
                        **Robert E. Blackburn**
                        **United States District Judge**