IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 07-cv-02351-MSK-KLM (consolidated with 07-cv-02412; 07-cv-02454; 07-cv-02465; and 07-cv–02469)

NEEL DHINGRA, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

CROCS, INC.,
RON SNYDER, and
PETER CASE,

     Defendants.

_____

## ORDER REASSIGNING CASES
_____

**THIS MATTER** comes before the Court *sua sponte*. On August 22, 2008, Judge

Blackburn entered an Amended Order of Recusal **(# 63)**, recusing himself from oversight of this

case in reliance upon the Court's CM/ECF conflict reporting system. It now appears that that

order was entered improvidently. Accordingly, upon the consent of Chief Judge Nottingham and

Judge Blackburn, and pursuant to D.C. Colo. L. Civ. R. 40.1(A), the Clerk of the Court is

directed to **REASSIGN** this case, including its component cases, to Judge Blackburn for further

proceedings.

     Dated this 26th day of August, 2008

                                    **BY THE COURT:**

                                      _____

                                      Marcia S. Krieger
                                      United States District Judge