IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02351-REB-KLM
 (Consolidated with Civil Action Nos. 07-cv-02412; 07-cv-02454; 07-cv-02465; 07-cv-02469)

In Re CROCS, INC., Securities Litigation

___

**MINUTE ORDER**
___

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Counsel for Plaintiffs Antonio Pedrera Sanchez and Fernando Pedrera Sanchez's **Withdrawal of Counsel** [Docket No. 72; Filed October 17, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. The Motion does not comply with D.C. Colo. L. Civ. R. 83.3(D) in that it was not served on the withdrawing counsel's clients and is not supported by a statement of good cause.

Dated: October 20, 2008