IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02351-REB-KLM
    (Consolidated with Civil Action Nos. 07-cv-02412-REB; 07-cv-02454-REB; 07-cv-02465-REB; 07-cv-02469-REB-KLM)

In Re CROCS, INC., Securities Litigation
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion to Adjourn Scheduling/Planning Conference** [Docket No. 91; Filed January 28, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for March 3, 2009 at 10:30 a.m. is **vacated** and will be reset, if necessary, upon joint motion of the parties.

    Dated: February 2, 2009