**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  07-cv-02351-REB-KLM

In Re Crocs, Inc., Securities Litigation

---

**MINUTE ORDER**[1]

---

      The matter comes before the court on the **Unopposed Motion For Leave to File Plaintiffs' Response to Defendants' Motions to Dismiss With Corrections** [#118] filed June 3, 2009, is **GRANTED**, and **Plaintiffs' Response to Defendants' Motions to Dismiss** [Exhibit 1 to #118] is accepted for filing.

      Dated : June 4, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.