**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  07-cv-02351-PAB-KLM
(Consolidated with 07-cv-02412; 07-cv-2454; 07-cv-2465; 07-cv-2469)

In re Crocs, Inc. Securities Litigation

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54(b), the following Final Judgment with respect to the Settling Parties is hereby entered as set forth in the Final Judgment and Order of Partial Dismissal With Prejudice [Docket No. 222] entered by United States District Judge Philip A. Brimmer on September 19, 2014.

Dated at Denver, Colorado this 26th day of September, 2014.

                                                                             FOR THE COURT:
                                                                             JEFFREY P. COLWELL, CLERK

                                                                             s/Jennifer Hawkins

                                                                             Jennifer Hawkins
                                                                             Deputy Clerk